# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:08-cr-0064-RLH-GWF |
| Plaintiff, ) | |
| ) | **O R D E R** |
| vs. ) | (Motion to Continue–#213) |
| ) | |
| STEVEN W. GRIMM, *et al.,* ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Before the Court is Defendants' **Motion to Continue Trial** (# 213, filed July 11, 2011). The United States filed a Response (#214) on July 14, 2011. This is not the first request for a continuance urging the Court to give more time to find and review documents and to prepare for trial. The Court will grant this motion, reluctantly, and advise the parties that no further continuances will be granted for this reason, or for any other reason which does not present extraordinary circumstances.

However, sufficient cause appearing, after reviewing the moving papers, IT IS HEREBY ORDERED that Defendant's Motion to Continue Trial (#213) is GRANTED and the trial is continued to 8:30 a.m. on October 3, 2011, with calendar call to be held at 8:45 a.m. on September 28, 2011.

Dated: August 5, 2011.

_____
**Roger L. Hunt**
**United States District Judge**