UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:08-cr-064 |
| Plaintiff, | |
| | **ORDER** |
| vs. | |
| STEVEN W. GRIMM,<br>EVE E. MAZZARELLA, and<br>MELISSA R. BEECROFT, | |
| Defendant. | |

    The matter having come before the Court during trial of the case of *United States of America vs. Steven Grimm, et. al.* the same being case numbered 2:08-CR-00064-RLH-GWF, and now supported by the affidavit of counsel for Defendant Steve Grimm, holder of the privilege, it is hereby ordered that the attorney-client privilege previously held and invoked by Mr. Grimm regarding all subjects during the time period and for which he consulted or was represented by the law firm of *Sylvester & Polednak, Ltd.*, is hereby considered to have been waived.

DATED  this 14th day of November, 2011.

_____
UNITED STATES DISTRICT JUDGE