# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                    )<br>           Plaintiff,   )<br>                    )<br>   vs.             )<br>                    )<br>STEVEN W. GRIMM, *etc.*,     )<br>                    )<br>           Defendant.   )<br>_____) | Case No. 2:08-cr-0064-RLH-GWF<br><br>**O R D E R** |

The Court just concluded a jury trial in the above matter at which it permitted purported expert testimony from one CURTIS NOVY, who proclaimed himself to be an expert on mortgage fraud. Based upon his testimony and his purported qualifications, or the lack thereof,

IT IS HEREBY ORDERED as follows:

1. Mr. Novy is forbidden from using the fact that he was permitted to testify at this trial, on any resume or website, or in testimony hereafter in support of his qualifications to testify as an expert.

2. This U.S. District Judge finds him unqualified to testify as an expert on mortgage fraud and will not permit him to so testify as such in any future trial or hearing.

3. This U.S. District Judge will not authorize him to be retained at public expense as an expert or consultant.

4. Defense counsel in this case shall provide Mr. Novy a copy of this order forthwith and will file with the Court proof of so doing.

Dated: December 15, 2011.

_____
Roger L. Hunt
**United States District Judge**