# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | ) | Case No.: 2:08-cr-00064-RLH-GWF |
|---|---|---|
| Plaintiff, | ) | **O R D E R** |
| vs. | ) | (Motion for Bail Pending Appeal - #569) |
| STEVEN GRIMM, EVE E. MAZZARELLA, and MELISSA R. BEECROFT, | ) | |
| Defendants. | ) | |

Upon consideration of Defendant Steven Grimm's Motion for Bail Pending Appeal and the record in this case,

IT IS HEREBY ORDERED that the parties shall attend a hearing on April 9, 2014 at 3:00 p.m. in Courtroom 6C, Lloyd D. George U.S. Courthouse, Las Vegas, Nevada, for consideration of the motion and so potential terms and conditions of release can be determined; and,

//

//

//

1   IT IS FURTHER ORDERED that the United States Bureau of Prisons Federal
2   Correctional Institution Sheridan in Sheridan, Oregon shall make Defendant Steven Grimm
3   available to appear telephonically and shall facilitate his telephonic appearance at the above named
4   time.

5   Dated: March 26, 2014.

_____
**ROGER L. HUNT**
**United States District Judge**