UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff(s),<br><br>    v.<br><br>STEVEN GRIMM, et al.,<br><br>        Defendant(s). | Case No. 2:08-CR-64 JCM (GWF)<br><br>ORDER |

Presently before the court is defendant Steven Grimm's motion for joinder (doc. # 639) to defendant Eve Mazzarella's prehearing brief (doc. # 635). No opposition has been filed.

Good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant Steven Grimm's motion for joinder (doc. # 639) to defendant Eve Mazzarella's prehearing brief (doc. # 635) be, and the same hereby is, GRANTED.

DATED December 11, 2015.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**