**James C. Mahan**
**U.S. District Judge**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:08-CR-64 JCM (GWF) |
|---|---|
| Plaintiff(s), | **ORDER** |
| v. | |
| STEVEN GRIMM, et al., | |
| Defendant(s). | |

Presently before the court is defendant Steven Grimm's motion for leave to file under seal. (Doc. # 651). The motion has been filed pursuant to Local Rule 10-5(b), which requires that "papers filed with the Court under seal shall be accompanied by a motion for leave to file those documents under seal." No opposition has been filed.

The filing accompanying defendant's motion contains an exhibit in e-mail form that contains sensitive personal and medical information about a defense witness that was originally scheduled to appear at the December 16 and 17, 2015, evidentiary hearing.

Good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant Steven Grimm's motion for leave to file under seal (doc. # 651) be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that defendant Steven Grimm's sealed notice (doc. # 652) remain SEALED.

DATED December 24, 2015.

_____
UNITED STATES DISTRICT JUDGE