UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>v.<br><br>STEVEN GRIMM, et al.,<br><br>Defendant(s). | Case No. 2:08-CR-64 JCM (GWF)<br><br>**ORDER** |

Presently before the court is the case of The United States of America v. Steven Grimm, case no. 2:08-cr-00064-JCM-GWF.

On January 7, 2016, this court ordered defendant Steven Grimm, who had previously been released from custody pending appeal, to self-surrender to the Bureau of Prisons facility from which he was released before 2:00 P.M. on Thursday, January 14, 2016. (Doc. # 665). On January 13, 2016, Mr. Grimm filed a motion in the United States Court of Appeals for the Ninth Circuit for bail pending a renewed appeal. (*See* doc. # 666). Defendant indicated that he would not self-surrender on January 14, 2016, based on the motion pending before the Ninth Circuit. On February 5, 2016, the Ninth Circuit entered an order denying Mr. Grimm's motion for bail pending appeal. (Doc. #676).

. . .

. . .

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1 Accordingly,

2 IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant Steven
3 Grimm shall self-surrender **before 2:00 P.M.** on **Wednesday, February 10, 2016,** to the Bureau
4 of Prisons facility from which he was released**.**

5 DATED February 5, 2016.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -