UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>v.<br><br>STEVEN GRIMM, et al.,<br><br>Defendant(s). | Case No. 2:08-CR-64 JCM (GWF)<br><br>**ORDER** |

Presently before the court is the matter of *United States of America v. Grimm et al*, case number 2:08-cr-00064-JCM-GWF.

On July 5, 2017, the Ninth Circuit issued a memorandum order that, in relevant part, reversed the orders of forfeiture as to Steven Grimm and Eve Mazzarella. (ECF No. 680). Thereafter, Grimm filed an application for writ of certiorari to the Supreme Court. (ECF No. 687). On November 6, 2017, the Court denied Grimm's application. (ECF No. 688).

The court orders the parties to file a joint status report to the court within twenty-one (21) days that includes a proposed schedule to resolve the remanded order of forfeiture.

Accordingly,

IT IS SO ORDERED.

DATED January 8, 2018.

                                                  UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**