UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>v.<br><br>STEVEN GRIMM, et al.,<br><br>Defendant(s). | Case No. 2:08-CR-64 JCM (GWF)<br><br>**ORDER** |

Presently before the court is the matter of *USA v. Grimm et al*, case number 2:10-cr-00544-JCM-GWF.

On October 3, 2018, the United States filed a motion for an order granting an interlocutory sale of the 2001 black Ford F-550, VIN 1FDAW57F31EA66522, Nevada license plate 410UXX listed in the amended bill of particulars (ECF No. 222) and to authorize the United States Marshals Service to sell the property through one of its approved methods. (ECF No. 703).

On October 17, 2018, defendant Steven Grimm (the owner of the property at issue in the instant order), filed a notice of non-opposition to the United States' motion. (ECF No. 705). Therefore, in light of Grimm's non-opposition to the United States' motion, and good cause appearing, the court will grant the motion.

. . .

. . .

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED that the United States' motion for an order granting an interlocutory sale of the 2001 black Ford F-550, VIN 1FDAW57F31EA66522, Nevada license plate 410UXX (ECF No. 703), is GRANTED.

DATED November 6, 2018.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -