UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:08-CR-64 JCM (GWF) |
| Plaintiff(s), | **ORDER** |
| v. | |
| STEVEN GRIMM, et al., | |
| Defendant(s). | |

Presently before the court is the matter of *USA v. Grimm et al*, case no. 2:08-cr-00064-JCM-GWF.

On July 29, 2019, the magistrate judge issued an order denying Grimm's motions for appointment of counsel and for discovery under habeas corpus rule 6(a). (ECF No. 742). The order also contained a report and recommendation ("R&R"), which recommended that the court deny Grimm's motion for evidentiary hearing without prejudice. *Id.*

Objections to the R&R were due on August 12, 2019. The day objections were due, Grimm filed a motion for extension of time. (ECF No. 745). Grimm alleges he received the order and R&R on August 6, and he has a severe vision restriction in his right eye. *Id.* As a result, Grimm requests an additional sixty (60) days to object and respond to the magistrate judge's order and R&R.

Good cause appearing, the court will grant Grimm's first motion to extend time. However, the court shall extend the time to file his response and objections by forty-five (45) days. (ECF No. 745).

. . .

James C. Mahan
U.S. District Judge

1        Accordingly,

2        IT IS ORDERED that Grimm's motion to extend time (ECF No. 745) be, and the same

3 hereby is, GRANTED.

4        IT IS FURTHER ORDERED that Grimm shall file his objections, if any, to the magistrate

5 judge's order and R&R on or before September 26, 2019.

6        IT IS SO ORDERED.

7        DATED September 9, 2019.

UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -