James C. Mahan
U.S. District Judge

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff(s),<br><br>　v.<br><br>STEVEN GRIMM, et al.,<br><br>　　　　　　　　　　Defendant(s). | Case No. 2:08-CR-64 JCM (GWF)<br><br>**ORDER** |

Presently before the court is attorney Alina M. Shell's unopposed motion for extension to provide affidavit. (ECF No. 772). Ms. Shell is defendant Steven Grimm's prior counsel. *Id.* at 1. Ms. Shell requests a 14-day extension of time to file her affidavit as ordered by the court. *Id.*; (*see also* ECF No. 768). Ms. Shell and her firm, McLetchie Law, have a variety of deadlines that prevent her from completing the affidavit. (ECF No. 772).

Good cause appearing and without opposition from the government, the court grants Ms. Shell's motion. Ms. Shell shall file her affidavit on or before May 11, 2020.

Accordingly,

IT IS SO ORDERED.

DATED April 24, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE