UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>v.<br><br>STEVEN GRIMM, et al.,<br><br>Defendant(s). | Case No. 2:08-CR-64 JCM (GWF)<br><br>**ORDER** |

Presently before the court is Assistant Federal Public Defender Heidi Ojeda's motion to withdraw and for appointment of CJA counsel. (ECF No. 791). On June 8, 2020, this court construed Steven Grimm's ("defendant") motion for preliminary injunction as a motion for compassionate release and instructed the FPD to review defendant's case. (ECF No. 790). Consistent with this court's order and with General Order 2020-06, the FPD reviewed defendant's case and determined that it has a prohibitive conflict of interest. (ECF No. 791).

Thus, the FPD—again in accordance with this court's order and General Order 2020-06—now moves for the appointment of CJA counsel. *Id.* Good cause appearing, Ms. Ojeda's motion to withdraw and for appointment of CJA counsel is granted.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Ms. Ojeda's motion to withdraw and for appointment of CJA counsel (ECF No. 791) be, and the same hereby is, GRANTED.

DATED June 19, 2020.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**