# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:08-cr-00064-JCM-GWF |
| Plaintiff, | |
| vs. | **ORDER** |
| STEVEN GRIMM, | |
| Defendant. | |

Presently before the court is defendant Steven Grimm's motion to extend time to reply on his motion under 28 U.S.C. 2255. (ECF No. 805).

The government responded to defendant's 2255 motion on August 5, 2020. (ECF No. 801). Defendant requests an extension of 90 days due to his limited access to the law library and materials amidst the COVID-19 crisis. (ECF No. 805). This court finds that defendant makes this request in good faith. (*Id.*).

The instant motion is hereby granted. Defendant shall reply to the government's response, (ECF No. 801), in ninety (90) days from the date of this order.

Accordingly,

IT IS SO ORDERED.

DATED September 4, 2020.

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE