# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:08-CR-64 JCM (GWF) |
| Plaintiff(s), | **ORDER** |
| v. | |
| STEVEN GRIMM, et al., | |
| Defendant(s). | |

Presently before the court is the matter of *US v. Grimm*, case number 2:08-cr-00064-JCM-GWF-1.

On June 5, 2020, defendant Steven Grimm moved for compassionate release. (ECF Nos. 789, 790). This court ordered an appropriate supplement to defendant's motion from the FPD, (ECF No. 790); however, the FPD identified a prohibitive conflict warranting the appointment of CJA counsel. (ECF Nos. 791, 793). CJA counsels were appointed for defendant on multiple issues, but none have taken action on this motion for compassionate release. (ECF Nos. 800, 802). Defendant has filed a letter to this court indicating confusion at his counsel's lack of action. (ECF No. 815).

This court orders defendant's appropriate counsel to supplement defendant's pro se motion for compassionate release, (ECF No. 789), within 7 days of this order. The government shall respond within 7 days of the filing of defendant's supplement, and defendant's reply will be due within 3 days thereafter.

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1    Accordingly,

2    IT IS SO ORDERED.

3    DATED November 6, 2020.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -