# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>STEVEN GRIMM,<br><br>    Defendant. | Case No.: 2:08-cr-00064-JCM-GWF<br><br>**ORDER** |

Presently before the court is defendant Steven Grimm's second motion to extend time to reply on his motion under 28 U.S.C. 2255. (ECF No. 817).

The government responded to defendant's 2255 motion on August 5, 2020. (ECF No. 801). Defendant requests an extension of 90 days due to an emergency lock-down at his facility amidst the still-escalating COVID-19 crisis. (ECF No. 817). This court finds that defendant makes this request in good faith. (*Id.*).

The instant motion is hereby granted. Defendant shall reply to the government's response, (ECF No. 801), in ninety (90) days from the date of this order.

Accordingly,

IT IS SO ORDERED.

DATED November 16, 2020.

JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE