NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar Number 13644
ADAM FLAKE
Assistant United States Attorney
501 Las Vegas Blvd., S., Ste 1100
adam.flake@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>STEVEN GRIMM,<br><br>　　　　　Defendant. | Case No 2:08-cr-64-JCM-GWF<br><br>**Stipulation to Extend Time for Government's Response to Defendant's Compassionate Release Motion, ECF No. 789, and Supplements Thereto, ECF Nos. 819, 820.** |

IT IS HEREBY STIPULATED AND AGREED, by and between Assistant United States Attorney Adam Flake, counsel for the United States of America; and Kelsey Bernstein, Esq., counsel for Steven Grimm, that the government's response to Grimm's compassionate release motion (ECF No. 789) and the supplements thereto (EFC Nos. 819, 820) be extended by 14 days, to and including December 11, 2020.

This stipulation is entered into for the following reasons:

　　1.　　Grimm filed his initial compassionate release motion on June 5, 2020, ECF No. 789, and a supplement thereto on November 19, 2020. ECF No. 819. Grimm's counsel filed a supplement to those motions on November 20, 2020. ECF No. 820.

　　2.　　Pursuant to the District Court's General Order Regarding such motions, the government's response is currently due on November 27, 2020.

3. Government counsel handling this matter, who was assigned to prepare the government's response today, will be out of the office part of this, and will need time to review Grimm's motion and records. In light of the Thanksgiving holiday, the government believes it will need additional time, to and including December 11, 2020, to review the motion, related medical records, and other records, and prepare and file the government's response.

4. Grimm's counsel consents to this extension of time.

DATED this 24th day of November, 2020.

|  |  |
|---|---|
|  | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By:  *s/ Kelsey Bernstein*<br>KELSEY BERNSTEIN<br>*Counsel for Steven Grimm* | By:  *s/ Adam Flake*<br>ADAM FLAKE<br>Assistant United States Attorney<br>*Counsel for the United States* |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No 2:08-cr-64-JCM-GWF |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| STEVEN GRIMM, | ) | |
| Defendant. | ) | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the government's response to Defendant's compassionate release motion (ECF No. 789) and the supplements thereto (ECF Nos. 819, 820) be due on December 11, 2020.

DATED December 2, 2020.

_____
UNITED STATES DISTRICT JUDGE