NEVADA APPEAL GROUP
Kelsey Bernstein, Esq.
Nevada Bar No. 13825
714 S. Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 988-2600
Facsimile: (702) 988-9500
Kbernstein@defendingnevada.com
Attorney for Defendant
Steven Grimm

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff<br><br>vs.<br><br>STEVEN GRIMM,<br>    Defendant | CASE NO: 2:08-cr-64-JCM (GWF)<br><br>**DEFENDANT'S MOTION TO EXTEND TIME TO FILE REPLY TO GOVERNMENT'S RESPONSE TO MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE UNDER 28 U.S.C. § 2255 [ECF 707; 801]** |

This Motion to Extend Time is the fourth request (the first three requests having been filed by Steven Grimm, in proper person).

Defense respectfully moves this Court for an Order extending the time to file its Reply to Government's Response to Defendant's Motion to Vacate, Set Aside or Correct Sentence Under 28 U.S.C. § 2255 [ECF 707]. The reason is the continual need to investigate and difficulties in communication between Defense Counsel and Mr. Grimm.

Counsel was appointed for Mr. Grimm on August 21, 2020 [ECF 802]. On August 24, 2020, a Motion to Extend Time (First Request) to File a Reply to [801] Response to [707] Motion to Vacate (2255) was filed by Steven Grimm, in proper person [ECF 805]. While the parties were in the midst of litigating Mr. Grimm's Motion for Compassionate Release, Mr. Grimm filed a Motion to Extend Time (Second Request) in proper person on November 12, 2020 [ECF 817]. On

1

January 29, 2021, Mr. Grimm filed a third Motion to Extend Time (Third Request) to Reply to 801 Response to 707 Motion Vacate (2255), filed in proper person [ECF 832]. Mr. Grimm has also filed several letters with the Court detailing the communication difficulties, which Counsel believes stems from to the Covid-19 pandemic [ECF 836; 837].

From Counsel's initial appointment to approximately November 2020, Counsel and Mr. Grimm communicated frequently through the Corrlinks email system; however, Mr. Grimm had indicated his facility at Texarkana Federal Correctional Institution was entering a lockdown to stop the spread of Covid-19, and thereafter communication has been extremely difficult. Counsel has attempted to contact Mr. Grimm through multiple correspondences since that time, but Mr. Grimm's pro se filings indicate that he has not received these correspondences. To date, Counsel has not received any correspondence, phone calls or communications through Corrlinks from Mr. Grimm since the initial shutdown. As written correspondences do not seem to be reaching Mr. Grimm, Defense Counsel is attempting to facilitate telephonic communication.

Because of the foregoing reasons, Defense Counsel requests another sixty days to re-establish communication with Mr. Grimm and in furtherance of investigation on his Reply to the Government's Response to his Motion to Vacate.

This Motion is not submitted solely for the purpose of delay or for any other improper purpose.

///

///

///

This Court should grant an extension of time to, and including, June 26, 2021.

Dated: April 29, 2021

                                          Respectfully Submitted,

                                          __/s/ Kelsey Bernstein__
                                          Kelsey Bernstein, Esq.
                                          Nevada Bar No. 13825
                                          Attorney for Defendant

                                          IT IS SO ORDERED:

                                          _____
                                          JAMES C. MAHAN
                                          UNITED STATES DISTRICT COURT JUDGE

                                          Dated: __April 29, 2021_____