# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>STEVEN GRIMM,<br><br>      Defendant. | Case No.: 2:08-cr-00064-JCM-GWF<br><br>**ORDER APPOINTING COUNSEL** |

    Consistent with the order directing the appointment of counsel, (ECF No. 869), I appoint JAMES I. HOFFMAN to assist STEVEN GRIMM in pursuing relief under 28 U.S.C. § 2255 and Compassionate Release under 18 U.S.C. § 3582(c)(1)(A). Counsel may file any petitions, motions, or applications related to these tasks. The United States Probation Office is authorized to disclose GRIMM's Presentence Investigation Report to his appointed counsel.

DATED January 26, 2022.

                                                                  JAMES C. MAHAN<br>                                                   UNITED STATES DISTRICT JUDGE