# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>STEVEN GRIMM,<br><br>　　　　Defendant. | Case No.: 2:08-cr-00064-JCM-EJY<br><br>**ORDER** |

　　　　Presently before the court is defendant Steven Grimm ("defendant")'s *pro se* motion for a sentence reduction. (ECF No. 925). The government did not file a response to defendant's motion.

　　　　Local Rule IA 11-6 provides that "[u]nless the court orders otherwise, a party who has appeared by attorney cannot while so represented appear or act in the case. This means that once an attorney makes an appearance on behalf of a party, *that party may not personally file a document with the court*." LR IA 11-6 (emphasis added).

　　　　Pursuant to Amended General Order 2023-09 regarding *pro se* filings for sentence reductions, defense counsel must either (1) file a notice of non-eligibility within thirty days of the *pro se* motion being filed or (2) file a contested motion or joint stipulation within thirty days of the *pro se* motion being filed. Amended Gen. Ord. at 2. Local Rule IC 7-1 provides that "[t]he court may strike documents that do not comply with these rules." LR IC 7-1.

　　　　Here, defendant filed his motion while still under the representation of counsel. Moreover, the court never received a notice of non-eligibility or a contested motion from defense counsel. The motion is thus noncompliant with both the local rules and Amended General Order 2023-09.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that defendant Steven Grimm's motion for a sentence reduction (ECF No. 925) be STRICKEN.

DATED June 5, 2024.

_____
UNITED STATES DISTRICT JUDGE