# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>STEVEN GRIMM,<br><br>    Defendant. | CASE NO.: 2:08-CR-00064-JCM-EJY<br><br>**ORDER APPOINTING COUNSEL** |

Defendant has filed a motion seeking a sentence reduction and/or compassionate release under 18 U.S.C. § 3582(c). Given the nature of the relief requested, the Court in its discretion and pursuant to the provisions of the Criminal Justice Act, 18 U.S.C. § 3006A(a)(1), hereby appoints LEAH WIGREN, Esq. to represent STEVEN GRIMM for the purpose of determining whether there is a basis for him to seek relief under 18 U.S.C. § 3582(c), and if so, represent him in motions or applications related to that task.

SO ORDERED August 1, 2025
*Nunc Pro Tunc:* July 18, 2025

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE